United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Honey, Megan |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, December 08, 2009 |
| Re: | 01:09-CV-00593-LY / Doc # 64 / Filed On: 12/08/2009 10:29 AM CST |

Pursuant to the Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

(1) Other
  Remarks: Certificate of Service is deficient in that it does not specify who was served and by what means (See Exhibit 1 of the <i>Administrative Policies and Procedures for Electronic Filing</i> for sample language). Do NOT refile the entire document. File ONLY the corrected Certificate of Service, in pleading form, using the "certificate of service" event under "service of process", and link it to #64.