**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BANDSPEED, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 1:09-CV-00593-LY** |
| | § | |
| **SONY ELECTRONICS INC.,** | § | |
| **SONY COMPUTER ENTERTAINMENT** | § | |
| **AMERICA INC.,** | § | **JURY TRIAL DEMANDED** |
| **NINTENDO OF AMERICA, INC.,** | § | |
| **APPLE, INC., LEGO SYSTEMS, INC.,** | § | |
| **PARROT, INC., AND SCOSCHE** | § | |
| **INDUSTRIES, INC.** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT LEGO SYSTEMS, INC.'S**
**CERTIFICATE OF SERVICE TO DOC. #64**

I hereby certify that on this 8TH day of December, 2009, I electronically filed the Defendant LEGO Systems, Inc.'s Answer and Defenses to Plaintiff's Second Amended Complaint and Application for Permanent Injunction (Doc. #64) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Aaron James Pickell
Kevin L. Daffer
Kurt Matthew Sauer
Stacy L. Zoern
DAFFER MCDANIEL LLP
700 Lavaca Street, Suite 720
Austin , TX 78701
(512) 476-1400 / Fax: (512) 703-1250
Email: apickell@dmtechlaw.com, kdaffer@dmtechlaw.com, ksauer@dmtechlaw.com, szoern@dmtechlaw.com

Christopher V. Goodpastor
WATTS GUERRA CRAFT LLP
811 Barton Springs Road, Suite 725
Austin , TX 78704
(512) 479-0500 / Fax: (512) 479-0502
Email: cgoodpastor@wgclawfirm.com

Edward William Allred
Mark A. J. Fassold
Mikal C. Watts
WATTS GUERRA CRAFT LLP
300 Convent Street - Suite 100
San Antonio , TX 78205-0500
(210) 527-0500 / Fax: 210/527-0501
Email: eallred@wgclawfirm.com, mfassold@wgclawfirm.com, mcwatts@wgclawfirm.com
**COUNSEL FOR PLAINTIFF BANDSPEED, INC.**

Adam Pivovar
Benjamin Damstedt
Lori E. Ploeger
Matthew J. Brigham
Timothy S. Teter
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto , CA 94306
(650) 843-5000 / Fax: (650) 857-0663
Email: apivovar@cooley.com, bdamstedt@cooley.com, ploegerle@cooley.com,
mbrigham@cooley.com, teterts@cooley.com

Thomas J. Friel
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco , CA 94111
(415) 693-2162 / Fax: (415) 693-2222
Email: tfriel@cooley.com

John R. Lastova
NIXON & VANDERHYE, PC
901 N. Glebe Rd 11th Floor
Arlington , VA 22203
703-816-4000 / Fax: 703-816-4100
Email: jrl@nixonvan.com

Stephen E. McConnico
S. Abraham Kuczaj , III
SCOTT, DOUGLASS & MCCONNICO
600 Congress Ave., 15th Floor
Austin , TX 78701
(512) 495-6300 / Fax: 512/474-0731
Email: smcconnico@scottdoug.com, akuczaj@scottdoug.com
**COUNSEL FOR DEFENDANT NINTENDO OF AMERICA, INC.**

David J. Healey
FISH & RICHARDSON, P.C.
One Houston Center
1221 McKinney, Suite 2800
Houston , TX 77010
(713) 654-5300 / Fax: 713/652-0109
Email: healey@fr.com
**COUNSEL FOR DEFENDANT APPLE, INC.**

B. Russell Horton
KINCAID & HORTON, L.L.P.
114 West 7th Street, Suite 1100
Austin , TX 78701
(512)499-0999 / Fax: (512)499-0816
Email: rhorton@khs-law.com

Kevin P.B. Johnson
Sean San-Chul Pak
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 568
Redwood Shores , CA 94065
(650) 801-5000 / Fax: 650/801-5100
Email: kevinjohnson@quinnemanuel.com, seanpak@quinnemanuel.com
**COUNSEL FOR DEFENDANT SONY ELECTRONICS INC.
AND SONY COMPUTER ENTERTAINMENT AMERICA, INC.**

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Parrot, Inc.**
c/o its Registered Agent
Michael Hedge
28446 Franklin Road
Southfield, MI 48035

**Scosche Industries, Inc.**
c/o its Registered Agent
Roger J. Alves
1550 Pacific Avenue
Oxnard, CA 93033

Dated: December 8, 2009

Respectfully submitted,

*/s/ Stacy Allen*
Stacy Allen
**JACKSON WALKER L.L.P.**

5676906v.1 135843/00001